**YUN LAW GROUP**
ANDREW YUN (SBN 243389)
ayun@yunlawpc.com
16520 Bake Pkwy., Ste. 270
Irvine, CA 92618
(949) 408-0088

Attorneys for Plaintiff,
EURYBIA LOGISTICS INC, a California corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURYBIA LOGISTICS INC, a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>GRAVITY CONCEPTS LIMITED COMPANY, a Texas limited liability company; and DOES 1 through 100 inclusive,<br><br>          Defendant. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>1. **VIOLATION OF CARMACK AMENDMENT 49 U.S.C. § 14706**<br><br>2. **BREACH OF CONTRACT**<br><br>3. **NEGLIGENCE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff EURYBIA LOGISTICS INC ("EURYBIA") hereby brings this complaint against Defendant GRAVITY CONCEPTS LIMITED COMPANY, a Texas limited liability company ("GRAVITY" or "DEFENDANT"), and alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1337, as this action involves the liability of a motor carrier for loss and/or damage to goods transported in interstate commerce under 49 U.S.C. § 14706 ("CARMACK AMENDMENT") and the amount in controversy exceeds the sum of $10,000 exclusive of interest and the costs of this action.

2.      This Court has jurisdiction over the parties, with respect to Defendant GRAVITY CONCEPTS LIMITED COMPANY, which provided the transportation of goods from and through California as furthered described herein.

3.      Venue is proper in this district pursuant to 49 U.S.C. § 14706 and 28 U.S.C. § 1391, where the defendant carrier(s) do/es business, and where a substantial part of the events giving rise to the claim occurred.

## THE PARTIES

4.      Plaintiff EURYBIA is, and at all times referenced herein, a corporation duly organized and existing under the laws of the State of California with its principal executive office at 1037 N. Todd Ave., Azusa, CA 91702.

5.      Defendant GRAVITY is, and at all times referenced herein, a limited liability company duly organized and existing under the laws of the State of Texas and is engaged in the business of transportation services, with its principal executive office at 17110 House & Hahl Rd., Cypress, TX 77433. At all relevant times, GRAVITY as and is an interstate common and contact carrier of merchandise for hire, as well as a broker-intermediary for transportation. Every facet of GRAVITY's transportation business operation is built on and functions through GRAVITY's network of local employees and agents, including in California.

YUN LAW GROUP
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

**YUN LAW GROUP**
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

## **GENERAL ALLEGATIONS**

### I. **THE SHIPMENT**

6.      In August 2024, EURYBIA contracted GRAVITY transportation services to ship certain goods from its warehouse located in Azusa, CA to the following consignees: (1) Midpoint National located at 1263 Southwest Blvd., Kansas City, KS 66103 ("MIDPOINT"); and (2) Anker Innovation Chicago Warehouse located at 755 Remington Blvd., Ste. B, Bolingbrook, IL 60440 ("ANKER").

7.      EURYBIA's shipment to MIDPOINT included 42 pallets of goods worth $11,315.54, and EURYBIA's shipment to ANKER included 9 pallets of confidential technology products worth $346,323.74 (collectively, the "GOODS"). The true and correct copy of the reported value of the GOODS are attached and incorporated herein as **Exhibit A**.

8.      At all relevant times, GRAVITY held itself out to EURYBIA to be an interstate motor carrier of goods that provides "both express and other logistical services across the United States." Furthermore, GRAVITY promoted: "We take great satisfaction in providing timely, reliable service that is customized to meet your specific requirements … We have excellent references to back up our claim that we provide on time – critical transport services every time" and "All our drivers are familiar with the specific requirements of each customer and are able to keep tabs on all of their vehicles, so you can count on us to arrive promptly." A true and correct copy of these written representations are attached and incorporated herein as **Exhibit B**.

9.      On or about August 8, 2024, GRAVITY issued a bill of lading to EURYBIA to deliver the GOODS to (1) MIDPOINT with the expected delivery date of August 12, 2024; and (2) ANKER with the expected delivery date of August 13, 2024 (the "BOL"). The BOL listed GRAVITY as the carrier of the GOODS. A true and correct copy of the BOL is attached and incorporated herein as **Exhibit C**.

10. On or about August 8, 2024, GRAVITY dispatched a truck to EURYBIA's warehouse located at 1037 N. Todd Ave., Azusa, CA 91702 to pick up the GOODS for shipment. However, a truck belonging to Binny Xpress Inc. ("BINNY") (Truck #102; Trailer #573319; USDOT #3503977; VIN #HL9307) showed up to EURYBIA's warehouse, and EURYBIA loaded the GOODS to BINNY's truck.

11. After loading the GOODS onto BINNY's truck, EURYBIA sent evidentiary photos along with BINNY's truck and trailer number to GRAVITY. GRAVITY acknowledged them to be true. A true and correct copy of the photos is attached and incorporated herein as **Exhibit D**.

12. Without consulting with EURYBIA, and without any authority to do so, GRAVITY arranged for BINNY to transport the GOODS. After contracting with EURYBIA, GRAVITY brokered EURYBIA's shipment of the GOODS to BINNY or arranged for BINNY to act as GRAVITY's agent with respect to the shipment of the GOODS.

13. GRAVITY continued to hold itself out to be the carrier by *inter alia* being the main point of contact for EURYBIA, confirming receipt of the GOODS, providing estimated time of arrival and any updates regarding the shipment of the GOODS.

14. GRAVITY picked up the GOODS in good condition from EURYBIA and departed from EURYBIA's warehouse to MIDPOINT.

15. On or about August 12, 2024, GRAVITY informed EURYBIA that the delivery to MIDPOINT will be delayed due to BINNY's flat tire. EURYBIA requested GRAVITY to provide updates on the delayed delivery on five separate occasions to which GRAVITY did not provide any material updates. A true and correct copy of this email exchange is attached and incorporated herein as **Exhibit E**.

16. On or about August 16, 2024, four days later, GRAVITY informed EURYBIA that the GOODS were delivered to both MIDPOINT and ANKER and promised to share the PODs (proof of delivery). A true and correct copy of this email exchange is attached and incorporated herein as **Exhibit F**.

**YUN LAW GROUP**
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

17.     EURYBIA promptly replied to GRAVITY noting that neither MIDPOINT nor ANKER received the GOODS from BINNY.

18.     On or about August 19, 2024, three days later, EURYBIA reached out to GRAVITY demanding a status on the delivery. In response, GRAVITY forwarded 2 PODs both of which were fabricated. Later that day, GRAVITY acknowledged that the PODs were fake and noted that the GOODS were still in Kansas.

19.     On or about August 20, 2024, upon EURYBIA's request, GRAVITY provided its driver's contact information. It is unknown to EURYBIA whether the driver is an employee or an agent of GRAVITY or BINNY.

**II.  THE LOSS**

20.     Immediately, EURYBIA contacted the driver directly and requested that he deliver the GOODS to MIDPOINT to which the driver responded that GRAVITY never paid him for his services.

21.     The driver then requested a payment in the amount of $3,500 to complete the delivery of the GOODS to MIDPOINT.

22.     EURYBIA, in good faith, made a payment in the amount of $3,500 to the driver's designated bank account through Zelle. A true and correct copy of this payment is attached and incorporated herein as **Exhibit G**.

23.     Following the payment, EURYBIA repeatedly contacted the driver requesting an update on the delivery. The driver then agreed to deliver the GOODS to MIDPOINT by the next morning.

24.     On or about August 21, 2024, EURYBIA awaited the driver for the delivery, but the driver went unresponsive. The GOODS were never delivered and are missing as of the filing of this complaint.

25.     As a result of DEFENDANT's actions, EURYBIA has incurred significant losses, including but not limited to the value of the GOODS, cost to arrange the delivery of the GOODS, funds paid to the driver, and the costs of this suit and other recovery efforts.

**YUN LAW GROUP**
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

**FIRST CAUSE OF ACTION**
**VIOLATION OF CARMACK AMENDMENT 49 U.S.C. § 14706**
**(GRAVITY)**

26.     PLAINTIFF restates all prior paragraphs of this complaint as if fully set forth herein.

27.     Pursuant to 49 U.S.C. § 14706, the Carmack Amendment, DEFENDANT, acting as a receiving and/or delivering motor carrier of the GOODS and having held themselves out as the actual carrier of the GOODS, is responsible and liable for all damages resulting from the failure to deliver the GOODS.

28.     DEFENDANT was promptly placed on notice of the damage and claim, but DEFENDANT has not made good on their liability for damages and remain fully liable for the damage to the GOODS.

29.     DEFENDANT has ignored their liability.

30.     All conditions precedent has been performed and/or waived by DEFENDANT.

31.     As a result of DEFENDANT's violation of 49 U.S.C. § 14706, PLAINTIFF demands judgment against DEFENDANT in an amount not less than $361,139.28 together with pre and post judgment interest, the costs of this action, and such other and further relief as the Court deems just and proper under the circumstances.

**SECOND CAUSE OF ACTION**
**BREACH OF CONTRACT**
**(GRAVITY)**

32.     PLAINTIFF restates all prior paragraphs of this complaint as if fully set forth herein.

33.     On or about August 8, 2024, PLAINTIFF and DEFENDANT entered into the BOL.

34.     PLAINTIFF fully performed under the BOL except for those conditions for which performance was excused.

**YUN LAW GROUP**
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

35.　　DEFENDANT breached its obligations under the BOL through its own conduct and the conduct of its agent BINNY when it failed to deliver the GOODS and misplaced, stole, or lost the GOODS.

36.　　PLAINTIFF was damaged as a result of the breach.

37.　　As a result of DEFENDANT's breach of the contract, PLAINTIFF seeks recovery of damages in an amount to be determined at trial.

### THIRD CAUSE OF ACTION
### NEGLIGENCE
### (GRAVITY)

38.　　PLAINTIFF restates all prior paragraphs of this complaint as if fully set forth herein.

39.　　DEFENDANT owed EURYBIA a duty of utmost care in either or both brokering the shipment and transportation and in acting as EURYBIA's agent in connection with the shipment and transportation of the GOODS.

40.　　DEFEDANT breached that duty by *inter alia* negligently brokering or delegating transportation of the GOODS to BINNY and its agents and employees, which lacked and/or was not confirmed to have the requisite credentials, skills and expertise to undertake the transportation of the GOODS neither in the manner customarily required nor as specified by EURYBIA in connection with the shipment of the GOODS; and by attempting to limit or actually limiting BINNY's and/or another party's liability to EURYBIA, without authorization by EURYBIA to do so.

41.　　As a direct and proximate result of DEFENDANT's negligent and grossly negligent actions and omissions, EURYBIA was injured by the complete loss of the GOODS as well as damages flowing consequentially from the same, and the value of such loss and damages to the extent the liability of BINNY or any other party to EURYBIA is limited.

YUN LAW GROUP
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

1  loss and damages to the extent the liability of BINNY or any other party to EURYBIA is

2  limited.

### PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF prays for judgment against DEFENDANT as follows:

### As to All Causes of Action

1.  For general, compensatory, and special damages in an amount to be determined at trial;

2.  For the sum of $361,139.28, for DEFENDANT's willful and/or knowing violations of 49 U.S.C. § 14706 as well as prejudgment and post-judgment interest to the extent allowed by law;

3.  For costs of suit incurred by PLAINTIFF; and

4.  For such other and further relief as the court deems just and proper.

Dated: December 20, 2024                    YUN LAW GROUP

By: _____
    Andrew Yun
    Attorney for Plaintiff,
    EURYBIA LOGISTICS INC

YUN LAW GROUP
16520 BAKE PKWY., STE. 270
IRVINE, CA 92618
TEL: (949) 408-0088

**EXHIBIT A**

# ZHEJIANG PUJIANG BOHU CHAIN STOCK CO., LTD.

## NO.565 YATAI ROAD PUJIANG ZHEJIANG CHINA

FAX:0579-84201121

TEL:0579-84201118/84201119

NO:     BOHU20240710F

DATE:   JULY 10,2024

P.O.    169819

## PROFORMA INVOICE

TO:1263 Southwest Blvd  Kansas City, KS 66103

| DESCRIPTION OF GOODS SNOW CHAIN | QUANTITY PAIRS | UNIT PRICE USD/PAIR | AMOUNT USD |
|---|---|---|---|
| 33-0001 TIRE CHAIN 1062656 GTL247 | 480 | 11.47 | 5,505.60 |
| 33-0002 TIRE CHAIN 1062256 GTL241 | 48 | 10.64 | 510.72 |
| 33-0003 TIRE CHAIN 1063156 GTL265 | 48 | 14.16 | 679.68 |
| 33-0004 TIRE CHAIN 1062056 GTL229 | 40 | 9.26 | 370.40 |
| 33-0009 TIRE CHAIN 1065256 GTL421 | 40 | 10.94 | 437.60 |
| 33-0013 TIRE CHAIN 1062756 GTU415-Jiami | 24 | 11.11 | 266.64 |
| 33-0065 TIRE CHAIN SUV 0231805 | 40 | 25.16 | 1,006.40 |
| 33-0066 TIRE CHAIN SUV 0231905 | 50 | 25.33 | 1,266.50 |
| 33-0068 TIRE CHAIN SUV 0232405 | 50 | 25.44 | 1,272.00 |
| TOTAL: | 820 PAIRS | | FOB SHANGHAI |
| | | | USD11,315.54 |

PORT OF LOADING:

PORT OF DESTINATION:

DATE OF SHIPMENT:

TERM OF PAYMENT: PAY 30% OF THE TOTAL GOODS VALUE AS DOWNPAYMENT

BY T/T,THE BALANCE BY T/T AGAINST THE FAX OF B/L.

BENEFICIARY BANK: CHINA CONSTRUCTION BANK JINHUA BRANCH, ZHEJIANG, CHINA.

ADDRESS: NO.1 JIEFANG EAST ROAD,JINHUA,ZHEJIANG,CHINA

SWIFT CODE:  PCBCCNBJZJG

BENEFICIARY NAME: ZHEJIANG PUJIANG BOHU CHAIN STOCK CO., LTD.

ADDRESS: NO.565 YATAI ROAD, PUJIANG, ZHEJIANG, CHINA

A/C NO: 33050167742700001645

TEL NO:0086-579-84201118

# ZHEJIANG PUJIANG BOHU CHAIN  STOCK CO., LTD.

## NO.565 YATAI ROAD PUJIANG ZHEJIANG CHINA

### COMMERCIAL INVOICE

FAX:0579-84201121
TEL:0579-84201118/84201119

INVOICE NO:   BOHU20240710
DATE:       JULY 10,2024
P/I NO:     BOHU20240710F

TO:1263 Southwest Blvd  Kansas City, KS 66103

FROM:                    SHANGHAI,CHINA                    TO:

SHIPPING MARKS:

| DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SNOW CHAIN | PAIRS | USD/PAIR | USD |
| 33-0001 TIRE CHAIN 1062656 GTL247 | 480 | 11.47 | 5505.60 |
| 33-0002 TIRE CHAIN 1062256 GTL241 | 48 | 10.64 | 510.72 |
| 33-0003 TIRE CHAIN 1063156 GTL265 | 48 | 14.16 | 679.68 |
| 33-0004 TIRE CHAIN 1062056 GTL229 | 40 | 9.26 | 370.40 |
| 33-0009 TIRE CHAIN 1065256 GTL421 | 40 | 10.94 | 437.60 |
| 33-0013 TIRE CHAIN 1062756 GTU415-Jiami | 24 | 11.11 | 266.64 |
| 33-0065 TIRE CHAIN SUV 0231805 | 40 | 25.16 | 1006.40 |
| 33-0066 TIRE CHAIN SUV 0231905 | 50 | 25.33 | 1266.50 |
| 33-0068 TIRE CHAIN SUV 0232405 | 50 | 25.44 | 1272.00 |
| TOTAL: | 820 PAIRS | | FOB SHANGHAI |
| | | | USD11,315.54 |




## ZHEJIANG PUJIANG BOHU CHAIN STOCK CO., LTD.
### NO.565 YATAI ROAD PUJIANG ZHEJIANG CHINA

## PACKING LIST

FAX:0579-84201121
TEL:0579-84201118/84201119

INVOICE NO:  BOHU20240710
DATE:      JULY 10,2024
P/I NO:    BOHU20240710F

TO:1263 Southwest Blvd  Kansas City, KS 66103

FROM:        SHANGHAI,CHINA                 TO:

SHIPPING MARKS:

| DESCRIPTION OF GOODS | QUANTITY | PACKAGES | G.W. | N.W. | MEAS |
|---|---|---|---|---|---|
| SNOW CHAIN | PAIRS | PALLETS | KGS | KGS | CBM |
| 33-0001 TIRE CHAIN 1062656 GTL247 | 420 | 4 | 2394.2 | 2314.20 | 3.84 |
| 33-0001 TIRE CHAIN 1062656 GTL247 | 60 | 1 | 340.6 | 330.60 | 0.96 |
| 33-0004 TIRE CHAIN 1062056 GTL229 | 40 | | 168.5 | 161.20 | |
| 33-0003 TIRE CHAIN 1063156 GTL265 | 48 | 1 | 355.04 | 335.04 | 0.96 |
| 33-0009 TIRE CHAIN 1065256 GTL421 | 40 | 1 | 212.4 | 202.40 | 1.04 |
| 33-0013 TIRE CHAIN 1062756 GTU415-Jiami | 24 | | 154.08 | 154.08 | |
| 33-0002 TIRE CHAIN 1062256 GTL241 | 48 | | 258.64 | 248.64 | |
| SNOW CHAIN | PAIRS | PACKAGES | KGS | KGS | CBM |
| 33-0013 TIRE CHAIN 1062756 GTU415-Jiami | 40 | 20 | 270.8 | 250.80 | 0.79 |
| 33-0065 TIRE CHAIN SUV 0231805 | 50 | 25 | 339 | 314.00 | 0.99 |
| 33-0066 TIRE CHAIN SUV 0231905 | 50 | 25 | 346.5 | 321.50 | 0.99 |
| TOTAL: | 820 PAIRS | 7 PALLETS & 70 PACKAGES | 4839.76 KGS | 4632.46 KGS | 9.57 CBM |

浙江浦江伯虎链条股份有限公司
ZHEJIANG PUJIANG BOHU CHAIN STOCK CO.,LTD.

# Anker Innovations Limited

Unit 56,8th Floor,Tower2,Admiralty Centre,18 Harcourt Road,Hong Kong.

## Commercial Invoice

| Consignee | | |
|---|---|---|
| Company: | Fantasia Trading LLC | |
| Attn: | Benny Xiong | |
| Tel: | +86 19926617373 | |
| Add: | 5350 Ontario mills Pkwy ste 100 Ontario,CA 91764- | |

| HsCode | English Commodity | Qty(pcs) | Total Value | Currency | Coo | PO# |
|---|---|---|---|---|---|---|
| 8507600020.990388 | Lithium-ion External Battery 5000mAh | 72.00 | 1755.36 | USD | CN | |
| 8507600020.990388 | Lithium-ion External Battery brand:Anker | 14712.00 | 119335.44 | USD | CN | |
| 8507600020.990388 | Lithium-ion External Battery (power | 2988.00 | 33734.52 | USD | CN | |
| 8507600020.990388 | Lithium-ion External Battery brand:Anker | 20172.00 | 161067.12 | USD | CN | |
| 8507600020.990388 | Lithium-ion External Battery brand:Anker | 370.00 | 12391.30 | USD | CN | |
| 7315.20.1000 | SNOW CHAIN | 820.00 | 18040.00 | USD | CN | |
| Subtotal: | | 39134.00 | 346323.74 | | | |
| Shipping Fee: | | | 0 | | | |
| Insurance: | | | 0 | | | |
| Total: | | | 346323.74 | | | |

**Total No of Packages: 39134 Ctns**
**Total G.W.: 18220.01 kgs**
**Total N.W.: 15452.37 kgs**

**EXHIBIT B**



## ABOUT US

## GRAVITY CONCEPTS

### Our Powerfull Features



**Faster than *you can imagine***



It is Gravity Concepts mission to deliver the best possible service to our clients, and we are able to do so because we provide a comprehensive variety of services that enable us to meet your demands. With our strategic alliances, we are able to provide both express and other logistical services across the United States. We have a wide variety of resources at our disposal, allowing us to supply our clients with the service providers they choose.

Gravity Concepts is a third-party logistics provider based in Cypress, TX. We were founded in 2018 in a bonus room (the South's version of a basement). We've moved out of that bonus room and haven't looked back. Our customers, carriers, and agents are supported by a team of over 125 corporate employees. Our headquarters is located in Texas.



# Why **Choose us ?**

**Our reward is the satisfaction of our customers. We'll impress you with the way we link our shipper's needs to our carrier's ability to deliver on-time, any time.**

We've been in business for more than 5+ year and already have a stellar reputation in this industry. We take great satisfaction in providing timely, reliable service that is customised to meet your specific requirements. No matter what your shipping needs are, we can handle them quickly and safely. We have excellent references to back up our claim that we provide on time-critical transport services every time. All of our drivers are familiar with the specific requirements of each customer and are able to keep tabs on all of their vehicles, so you can count on us to arrive promptly.

# OUR CORE VALUES

Gravity Concepts customers, carrier partners and logistics professionals to create a premiere nationwide shipping network.

• •



## Relationship Building

Treat others the way that you want to be treated. We believe in this philosophy and it has worked well for us over the years. Every agency and customer is assigned a dedicated team to manager their account. This individualized approach allows us to get to know you and the requirements of your business.



## Excellent Customer Service

Excellent service and attention to detail is a priority day in and day out. The corporate office is staffed seven days a week because transportation doesn't stop for a weekend. From credit requests to fuel advances we are available to help. There are no calling loops or phone trees to navigate.



## Fiscal Responsibility and Reputation

Gravity Concepts maintains an excellent credit rating, giving carriers the confidence to know they will be paid on time. We work closely with customers on invoicing and collections. ATG strives to be conservative and responsible with credit limits, without placing limitations on our agent partners.



## Community Service

Gravity Concepts has a proud tradition of supporting various organizations in the community, including TAPS, Baseball, Angel Tree, Second Harvest Food Bank and The Kendall Conner Family Research Fund, just to name a few.

**EXHIBIT C**



# Gravity
## concepts

**Bill of Lading**

BOL#:6810
Date: 08-08-2024

**Gravity Concepts Limited Company**
*17110 House Hahl Rd. C4,*
*Cypress, TX 77433*
**Phone:** (832) 615-0475
**Email:** accounting@gravityconcepts.us

| Shipment ID | 6810 |
|---|---|

| Shipper | | | |
|---|---|---|---|
| **Name:** | EURYBIA LOGISTICS, INC. | **Pickup:** | 08-08-2024 |
| **Address:** | 1037 N. TODD AVE., AZUSA,,CA,91702 | | |
| **Appt Note:** | | **PO#:** | OOLU9238070/TCNU6526744 |

| Consignee (1) | | | |
|---|---|---|---|
| **Name:** | MIDPOINT NATIONAL 1263 | **Delivery:** | 08-12-2024 |
| **Address:** | Southwest Blvd ,Kansas City,, KS ,66103 | | |
| **Appt Note:** | | **PO#:** | OOLU9238070 |

| Consignee (2) | | | |
|---|---|---|---|
| **Name:** | Anker Innovation Chicago warehouse | **Delivery:** | 08-13-2024 |
| **Address:** | 755 Remington Blvd, suite B,Bolingbrook,IL ,60440 | | |
| **Appt Note:** | | **PO#:** | TCNU6526744 |

Special Instructions:

| **Carrier** | **Bill to 3rd Party** | Freight charges: (freight |
|---|---|---|
| -- | Gravity Concepts Limited Company | charges are prepaid unless marked otherwise) |
| MC --. DOT-- | | PP Prepaid |
| GTJN | | Collect |
| SCAC | | 3rd party |

**Items**

Pallets

**Total - items**                    **Gross Weight: 41000 lbs**

## Shipper certification

This is to certify that the above named materials are classified, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT.

_____     _____
Shipper Signature                    Date

## Carrier certification

Carrier acknowledges receipt of packages and required placards.Carrier certifies emergency response information was made available and/or carrier has DOT emergency response guidebook or equivalent documentation in the vehicle.Property described about is received in good order,except as noted.

_____          _____
Carrier/driver Signature                          Date

_____   _____     _____
# of pallets                      Trailer #                  License plate

## Consignee certification

Received subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise the rates, classifications and rules available to the shipper, on request and to all applicable state and federal regulations.

_____          _____
Consignee Signature                    Date

**EXHIBIT D**











**EXHIBIT E**

---- On Fri, 16 Aug 2024 15:21:42 -0500 **fsu@eurybia.us** wrote ----

Hi Calvin,

Does that mean the Kansas load was delivered and the Chicago load is pending?
Please let us know asap

---

**From:** Calvin Mathew <calvin@gravityconcepts.us>
**Sent:** Friday, August 16, 2024 12:59 PM
**To:** Eddy Xue <exue@eurybia.us>
**Cc:** Lynn Wang <lynnw@eurybia.us>; Fonda Su <fsu@eurybia.us>
**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Dear Eddy,

I am sorry for the delay, the load was delivered by the driver but as per my team driver left us that nigh, and paperwork are still pending, I'll be sharing very soon when I will receive it,

I know it's a huge delay but this time bear with me please.



**Calvin Mathew**
**(Logistics Specialist)**

Connect with me on
LinkedIn- https://www.linkedin.com/in/calvin-mathew-796aa6167/



MC- 1423250
Address: 17110 House & Hahl Rd. C4, Cypress, TX 77433
Direct: (832) 371-6074
Office: (832) 615 0575 Extension. 157
Email: calvin@gravityconcepts.us Website: www.gravityconcepts.us

**GRAVITY CONCEPTS** *is not responsible for any per-diem, demurrage and detention fees, and in case if above said costs occur, they will be passed along to the customer, after making every effort to mitigate the charges*

   

---- On Fri, 16 Aug 2024 12:26:28 -0500**exue@eurybia.us** wrote ----

Hi, Calvin,

And update on this load? 2 costumers is waiting for us update….

---

**From:** Eddy Xue
**Sent:** Friday, August 16, 2024 9:19 AM
**To:** Calvin Mathew <calvin@gravityconcepts.us>
**Cc:** Lynn Wang <lynnw@eurybia.us>; Fonda Su <fsu@eurybia.us>
**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Hi, Calvin,

Chicago 60440 should be deliver 8/13, 8/14. warehouse called have not received shipment yet. Today is 8/16 already, can you call me what happened?

 **Eddy Xue**
Supervisor
📍 1037 N Todd Ave, Azusa, CA 91702
✉ EXUE@EURYBIA.US
📞 +1-626-334-0100*101



---

**From:** Calvin Mathew <calvin@gravityconcepts.us>
**Sent:** Friday, August 16, 2024 8:14 AM
**To:** Eddy Xue <exue@eurybia.us>
**Cc:** Lynn Wang <lynnw@eurybia.us>; Fonda Su <fsu@eurybia.us>
**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Dear Eddy,

Sorry for the delay, will provide you shortly.



**Calvin Mathew**
**(Logistics Specialist)**

Connect with me on
LinkedIn- **https://www.linkedin.com/i
n/calvin-mathew-796aa6167/**



MC- 1423250
Address: 17110
House & Hahl
Rd. C4,
Cypress, TX
77433
Direct: (832)
371-6074
Office: (832)
615
0575 Extension.
157
Email: calvin@g
ravityconcepts
.us  Website:
www.gravitycon
cepts.us

**GRAVITY CONCEPTS** *is
not responsible for any per-
diem, demurrage and
detention fees, and in case if
above said costs occur, they
will be passed along to the
customer, after making every
effort to mitigate the charges*



---- On Fri, 16 Aug 2024 09:19:27
-0500**exue@eurybia.us** wrote ----

Morning,  Calvin,

Please advise PODs asap, ,
It been4 days already.

**Eddy Xue**
Supervisor
1037 N Todd Ave, Azusa, CA
91702

✉ [EXUE@EURYBIA.US](mailto:EXUE@EURYBIA.US)

**Eurybia**
Logistics, Inc.

📞 [+1-626-334-0100](tel:+16263340100)*101

---

**From:** Fonda Su
<[fsu@eurybia.us](mailto:fsu@eurybia.us)>
**Sent:** Thursday, August 15,
2024 10:01 AM
**To:** Calvin Mathew
<[calvin@gravityconcepts.us](mailto:calvin@gravityconcepts.us)
>
**Cc:** Eddy Xue
<[exue@eurybia.us](mailto:exue@eurybia.us)>; Lynn
Wang <[lynnw@eurybia.us](mailto:lynnw@eurybia.us)>
**Subject:** RE: Re: RATE TO
KS 661103 + IL 60440

Hi Calvin,

Please provide POD for this 2
stop shipment

---

**From:** Calvin Mathew
<[calvin@gravityconcepts.us](mailto:calvin@gravityconcepts.us)
>
**Sent:** Tuesday, August 13,
2024 9:00 AM
**To:** Fonda Su
<[fsu@eurybia.us](mailto:fsu@eurybia.us)>
**Cc:** Eddy Xue
<[exue@eurybia.us](mailto:exue@eurybia.us)>; Lynn
Wang <[lynnw@eurybia.us](mailto:lynnw@eurybia.us)>
**Subject:** RE: Re: RATE TO
KS 661103 + IL 60440

Good morning Fonda,
Driver is on his way to the First
Delivery he is 25 miles far
from the First Delivery.



**Calvin Mathew
(Logistics
Specialist)**

Connect with me on
LinkedIn- [https://www.link](https://www.linkedin.com/in/calvin-mathew-796aa6167/)
[edin.com/in/calvin-](https://www.linkedin.com/in/calvin-mathew-796aa6167/)
[mathew-796aa6167/](https://www.linkedin.com/in/calvin-mathew-796aa6167/)



MC- 1423250
**Address:** 17110
House & Hahl
Rd. C4,
Cypress, TX
77433

**Direct:** **(832) 371-6074**
**Office:** (832) 615 0575 **Extension.** **157**
**Email:** calvin@gravityconcepts.us **Website:** www.gravityconcepts.us

***GRAVITY* *CONCEPTS* *is not responsible for any per-diem, demurrage and detention fees, and in case if above said costs occur, they will be passed along to the customer, after making every effort to mitigate the charges***






---- On Tue, 13 Aug 2024 10:56:58 -0500 **Fonda Su <fsu@eurybia.us>** wrote ---

Hello Calvin,

Any update on this load? Did the Kansas shipment deliver on time? Chicago warehouse can receive 8/13 or 8/14.

**From:** Calvin Mathew <calvin@gravityconcepts.us>
**Sent:** Monday, August 12, 2024 12:58 PM
**To:** Fonda Su <fsu@eurybia.us>
**Cc:** Eddy Xue <exue@eurybia.

us>; Lynn Wang
<lynnw@eurybi
a.us>
**Subject:** RE:
Re: RATE TO KS
661103 + IL
60440

I hope so
Fonda, we are
sorry for this
delay but
sometimes
situations on
the road is not
in our hands.
Please if you
can rescedule
the IL one
for 8/14@11 AM,



**Calvin
Mathew
(Logistics
Specialist)**

**Connect with
me on
LinkedIn-** **https:
//www.linkedin
.com/in/calvin-
mathew-
796aa6167/**



**MC-** 1423250
**Address:** 17110 House &
Hahl Rd. C4, Cypress, TX
77433
**Direct:** (832) 371-6074
**Office:** (832) 615
0575 **Extension.** 157
**Email:** calvin@gravityconce
pts.us **Website:** www.gravit
yconcepts.us

*GRAVITY CONCEPTS is
not
responsible
for any per-
diem,
demurrage
and
detention*

*fees, and in case if above said costs occur, they will be passed along to the customer, after making every effort to mitigate the charges*

   

IMPORT SERVICES | EXPORT SERVICES | TRANSLOADING/CROSS-DOCKING | INTERMODAL DRAYAGE

---- On Mon, 12 Aug 2024 14:48:16 -0500 **Fonda Su <fsu@eurybia.us>** wrote ---

HI Calvin,

Thanks for the update. Does this mean the Chicago load will be delayed as well? That is the one that needs appointment

**From:** Calvin Mathew <calvin@gravityconcepts.us>
**Sent:**

Monday, August 12, 2024 12:26 PM

**To:** Fonda Su <fsu@eurybia.us>

**Cc:** Eddy Xue <exue@eurybia.us>; Lynn Wang <lynnw@eurybia.us>

**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Dear Fonda,

There is an update, Driver is in Salina, KS, and had a flat tyre, he might cannot deliver today by 3.30 PM. He is trying to resolve the issue as

soon
as
he
can.



**Calvin
Mathew
(Logistics
Specialist)**

**Connect
with
me
on
LinkedIn-**
[http
s://
ww
w.li
nke
din.
com
/in/
calvi
n-
mat
hew
-
796
aa61
67/](https://www.linkedin.com/in/calvin-mathew-796aa16167/)



MC- 1423250

**Address:** 17110 House &
Hahl Rd. C4, Cypress, TX
77433

**Direct:** (832) 371-6074

**Office:** (832) 615
0575 **Extension.** 157

**Email:** [calvin@gravityconce
pts.us](mailto:calvin@gravityconcepts.us)  **Website:** [www.gravit
yconcepts.us](http://www.gravityconcepts.us)

***GRAVITY CONCEPTS** is
not
responsible
for
any
per-
diem,
demurrage
and
detention
fees,*

# EXHIBIT F

<[lynnw@eurybia.us](mailto:lynnw@eurybia.us)>
**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Warehouses are advising nothing has been received. Please check asap.

---

**From:** Fonda Su
**Sent:** Friday, August 16, 2024 4:43 PM
**To:** Calvin Mathew <[calvin@gravityconcepts.us](mailto:calvin@gravityconcepts.us)>
**Cc:** Eddy Xue <[exue@eurybia.us](mailto:exue@eurybia.us)>; Lynn Wang
<[lynnw@eurybia.us](mailto:lynnw@eurybia.us)>
**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Please advise asap

---

**From:** Calvin Mathew <[calvin@gravityconcepts.us](mailto:calvin@gravityconcepts.us)>
**Sent:** Friday, August 16, 2024 2:21 PM
**To:** Fonda Su <[fsu@eurybia.us](mailto:fsu@eurybia.us)>
**Cc:** Eddy Xue <[exue@eurybia.us](mailto:exue@eurybia.us)>; Lynn Wang
<[lynnw@eurybia.us](mailto:lynnw@eurybia.us)>
**Subject:** RE: Re: RATE TO KS 661103 + IL 60440

Dear,

Per my team nothing is pending both loads were delivered as advised, will share you the POD once I got, working hard to get it asap.



**Calvin Mathew**
**(Logistics Specialist)**

Connect with me on
LinkedIn- **https://www.linkedin.com/in/calvin-mathew-796aa6167/**



**MC-** 1423250
**Address:** 17110 House & Hahl Rd. C4, Cypress, TX 77433
**Direct:** **(832) 371-6074**
**Office:** (832) 615 0575 **Extension:** 157
**Email:** calvin@gravityconcepts.us **Website:** www.gravityconcepts.us

***GRAVITY CONCEPTS** is not responsible for any per-diem, demurrage and detention fees, and in case if above said costs occur, they will be passed along to the customer, after making every effort to mitigate the charges*






IMPORT SERVICES    EXPORT SERVICES    TRANSLOADING/CROSS-DOCKING    INTERMODAL DRAYAGE

# EXHIBIT G

08/20/2024   Zelle payment to Problem Fixed Plumbing for "Payment to Ahamad for truckloads..."    C   -3,500.00

**Edit Description**

| | |
|---|---|
| Type: | Transfer |
| Description: | Zelle payment to Problem Fixed Plumbing for "Payment to Ahamad for truckloads deliver origin"; Conf# cx9102pgr |
| Merchant name: | PROBLEM FIXED PLUMBING  Edit |
| Merchant information: | |
| Transaction category: | Cash, Checks & Misc: Other Expenses  Edit |

Print transaction details